IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00718-FDW-DSC

| | |
|---|---|
| TIM P. DOWNEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BABCOCK & WILCOX ENTERPRISES, INC. et. al., | ) |
| | ) |
|     Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Elizabeth Hanes]" (document #17). For the reasons stated therein, the Motion is granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: July 26, 2018

David S. Cayer
United States Magistrate Judge